# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-287
Lower Tribunal No. F18-20255

————————

**Anthony Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Anthony Lopez, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Rodriguez v. State</u>, 223 So. 3d 1095, 1097 (Fla. 3d DCA 2017) ("[U]nder Florida Law, a defendant is bound by the statements he makes under oath during a plea colloquy."); <u>Davis v. State</u>, 938 So. 2d 555, 557 (Fla. 1st DCA 2006) ("An appellant is not entitled to go behind sworn representations made to the court in a postconviction proceeding.").